IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAQUAN LAMONT STEVENS,

   Petitioner,

     v.

DENNIS BROWN,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-2878-TWT

## ORDER

This is a pro se Petition for a writ of habeas corpus. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the Petition without prejudice for lack of exhaustion. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. The request for a Certificate of Appealability is DENIED.

SO ORDERED, this 14 day of September, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Stevens\09cv2878\r&r.wpd